IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MARTY JOHN HARRIS, | ) |
| Plaintiff, | ) |
| v. | ) CV 315-107 |
| LYNN SHEFFIELD; DODGE COUNTY CORRECTIONAL INSTITUTION; DODGE COUNTY SHERIFF'S OFFICE; RHETT WALKER, Clerk, Dodge County Superior Court; BELINDA THOMAS, Clerk, Telfair Superior Court; and CHRIS STEVENSON, Telfair County Sheriff's Office, | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 15th day of June, 2016, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE