# United States District Court
## Southern District of Georgia

MARTY JOHN HARRIS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV315-107

LYNN SHEFFIELD; DODGE COUNTY CORRECTIONAL INSTITUTE; DODGE COUNTY SHERIFF'S OFFICE ; RHETT WALKER; BELINDA THOMAS; and CHRIS STEVENSON,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on June 15, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, this case is DISMISSED without prejudice and stands CLOSED.



June 15, 2016
Date

Scott L. Poff
Clerk

(By) Deputy Clerk